UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff

v.                                        Case No. 25-30543
                                         Originating No. 24CR00100

**CHRISTOPHER HALL,**

    Defendant.

_____/

**GOVERNMENT'S PETITION
FOR TRANSFER OF DEFENDANT TO
ANOTHER DISTRICT AND SUPPORTING BRIEF**

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant **CHRISTOPHER HALL,** to answer to charges pending in another federal district, and states:

    1.  On **August 26, 2025,** defendant was arrested in the Eastern District Michigan in connection with a federal arrest warrant issued in the **Western District of Texas based on an Indictment**.  Defendant is charged in that district with violation of **Pretrial Release.**

    2.  Rule 5 requires this Court to determine whether defendant is the person named in the arrest warrant and is entitled to a preliminary examination as described in Paragraph One above.  *See* Fed. R. Crim. P. 5(c)(3)(D)(ii).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

        Respectfully submitted,

        JEROME F. GORGON, JR.
        United States Attorney

        s/*Davin Reust*
        DAVIN REUST
        Assistant U.S. Attorney
        211 W. Fort Street, Suite 2001
        Detroit, MI 48226
        (313) 226-9100

Dated: August 26, 2025